# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **BRANDON JONES** | **CIVIL ACTION NO. 21-3478** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| | |
| **COMMANDER FARRIS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Brandon Jones's request for habeas corpus relief is **DISMISSED WITHOUT PREJUDICE** to his right to pursue the relief in his pending habeas corpus proceeding.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining claims are **DISMISSED** as untimely, as frivolous, and for failing to state claims on which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's motion to appoint counsel [Record Document 15] is **DENIED AS MOOT**.

SHREVEPORT, LOUISIANA, this __27th__ day of April, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE